JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO EFRAIN JUAREZ LUNA,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-03166-KES

**JUDGMENT**

Pursuant to the Court's Order Dismissing Petition for Lack of Prosecution, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 11, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE